IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GREGORY TAYLOR                                                                         PLAINTIFF

VS.                                          CASE NO. 06-CV-1079

GEORGIA-PACIFIC CORPORATION
and INTERNATIONAL ASSOCIATION
OF MACHINIST AND AEROSPACE
WORKERS, LOCAL W475                                                            DEFENDANTS

## ORDER

      Before the Court is Plaintiff's Motion to Compel Discovery. (Doc. No. 25). On April 3, 2007, the Plaintiff served his First Set of Requests for Production of Documents on Separate Defendant International Association of Machinist and Aerospace Workers, Local W475. The Defendant has not responded to the discovery requests. The Plaintiff states that he is in need of these documents in order to depose witnesses who are currently scheduled to be deposed on June 5, 2007. The Plaintiff asks the Court to compel the Union to produce the requested documents. Upon consideration, the Court finds that motion to compel should be and hereby is **granted.** The Defendant International Association of Machinist and Aerospace Workers, Local W475 is hereby ordered to provide to the Plaintiff its responses to the Plaintiff's First Set of Requests for Production of Documents on or before June 4, 2007.

      IT IS SO ORDERED, this 1st day of June, 2007.

                                                        /s/Harry F. Barnes
                                           Hon. Harry F. Barnes
                                           United States District Judge