IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GREGORY TAYLOR                                                                    PLAINTIFF

VS.                                        CASE NO. 06-CV-1079

GEORGIA-PACIFIC LLC
and INTERNATIONAL ASSOCIATION
OF MACHINIST AND AEROSPACE
WORKERS, LOCAL W475                                                         DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of Separate Defendant Georgia-Pacific LLC. (Doc. No. 36). Plaintiff Gregory Taylor has filed a response. (Doc. No. 41). Georgia-Pacific has filed a reply to Plaintiff's response. (Doc. No. 47). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. The Plaintiff's claims against Separate Defendant Georgia-Pacific LLC are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 31st day of March, 2008.

                                                     /s/Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge